**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

**Attorney For Plaintiffs**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Reham S. ELDEARY<br>Hossameldin A. ELSISY<br>Yassin H. ELSISY<br>Jana H. ELSISY<br><br><br>          Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY;<br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES;<br>LOS ANGELES ASYLUM OFFICE;<br>DAVID RADEL;<br>ALEJANDRO MAYORKAS;<br>UR M. JADDOU;<br>TED H. KIM;<br>MATTHEW D. EMRICH;<br>CHRISTOPHER A. WRAY;<br>AND DOES 1-10.<br><br>          Defendants. | Case No.: 5:23-cv-802<br><br><br>**COMPLAINT FOR:**<br><br>1) **DECLARATORY**<br>   **AND INJUNCTIVE RELIEF**<br><br>2) **WRIT IN THE NATURE OF**<br>   **IMMIGRATION MANDAMUS** |

By and through her undersigned counsel, Plaintiffs: Reham S. ELDEARY, Hossameldin A. ELSISY, Yassin H. ELSISY, and Jana H. ELSISY bring this action, individually or derivatively on behalf of Reham S. ELDEARY.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **INTRODUCTION**

1.  This action is brought by the Plaintiff Reham S. ELDEARY, her derivative spouse Hossameldin A. ELSISY, and her derivative children Yassin H. ELSISY and Jana H. ELSISY, by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of August 31, 2017, and which has still not been called for an interview.

2.  On July 11, 2017, Plaintiff Reham Eldeary and her derivative children Yassin Elsisy and Jana Elsisy came to the United States on a B2 visa and have stayed in the US ever since. On August 31, 2017, Plaintiff Reham Eldeary and her derivative children Yassin Elsisy and Jana Elsisy submitted an I-589 Application for Asylum and Withholding of Removal to the USCIS which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(Exhibit A: I-589 Application for Asylum and Withholding of Removal and Receipt Notice).** On November 25, 2021, Plaintiff Reham Eldeary's derivative spouse Hossameldin Elsisy was added to the application. Plaintiff Reham Eldeary sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of her membership in a particular social group as a victim of Female Genital Mutilation (FGM).

3.  After submitting their application for asylum, Defendant USCIS instructed Plaintiffs to present themselves for biometric inspections at a designated USCIS Application Support Center. Plaintiff Reham Eldeary and her derivative children Yassin Elsisy and Jana Elsisy timely complied with their biometric requirement on September 28, 2017, and her

derivative spouse Hossameldin Elsisy timely complied with his biometric requirement on December 20, 2021. *See* **(Exhibit B: I-797C Notice of Action - Fingerprint Notifications with Stamps).**

4. After Plaintiffs provided their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff Reham Eldeary about the exact date her asylum interview would be scheduled. On January 26, 2021, Plaintiff Reham Eldeary submitted a Request to be added to the Los Angeles Asylum Standby List to Defendant Los Angeles Asylum Office through her undersigned counsel, and her request was received by Defendant David M. Radel on April 1, 2021. *See* (**Exhibit C: Request to be Added to the Los Angeles Asylum Standby List and Receipt Letter**). However, as of today, Plaintiff Reham Eldeary has yet to be called for an interview nor has she received any update on her case status. Plaintiffs have been waiting for almost **six years** for an interview at this point. Plaintiffs have no way of knowing how much longer they will have to wait in order to testify in support of her application for asylum. Plaintiffs are unable to plan for their future and are forced to endure the constant uncertainty of the possibility that their application for asylum will be denied and referred to the Executive Office for Immigration Review ("EOIR").

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiffs' asylum application for an interview which has been pending now for almost six years. Plaintiffs seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6. Plaintiff Reham Eldeary, her derivative spouse Hossameldin Elsisy, and her derivative children Yassin Elsisy and Jana Elsisy are natives and citizens of Egypt. Plaintiff Reham Eldeary and her derivative children Yassin Elsisy and Jana Elsisy came to the United States on B2 visas on July 11, 2017. Plaintiff Reham Eldeary filed her I-589 Application for Asylum and Withholding of Removal on August 31, 2017. Derivative spouse plaintiff Hosameldin Elsisy came to the United States on a B2 visa on October 5, 2021. Plaintiff Reham Eldeary added her derivative spouse Hosameldin Elsisy to her I-589 Application for Asylum and Withholding of Removal on November 25, 2021.

7. Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8. Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this complaint.

9. Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiffs' asylum application.

10. Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official

capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11. Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiffs' asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiffs' case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who

seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiffs suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R., § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## VENUE

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a plaintiff resides, so long as no real property is involved in the action. Plaintiffs reside in Rancho Cucamonga, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiffs have no administrative remedies. Since Plaintiff Reham Eldeary and her derivative children received their biometric notices on September 8, 2017, and her derivative spouse received his biometric notice on November 25, 2021, Plaintiffs have received no clear correspondence or communication from Defendant USCIS about how much longer they will have to wait for their pending asylum application to be called for

an interview. Plaintiff Reham Eldeary has been waiting for almost **six years** at this point to have her asylum claim heard by the Defendant Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## <u>CAUSE OF ACTION</u>

21. Pursuant to 8 U.S.C §1158, Plaintiff Reham Eldeary and her derivative children filed an application for Asylum and Withholding of Removal on August 31, 2017, and her derivative spouse was added to her application on November 25, 2021.

22. Since filing their Application, Plaintiffs have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their asylum interview will be scheduled. Plaintiffs have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to Plaintiffs.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been almost six years since Plaintiff Reham Eldeary applied for Asylum but has yet to receive an interview date for her case.

26. Plaintiffs have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiffs' claim in this action is clear and certain. Plaintiffs reallege paragraphs 1 through 28, and, as if fully set forth, Plaintiffs are entitled to an order in the nature of mandamus to compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiffs have suffered, is suffering, and will continue to suffer irreparable harm. Specifically:

a. Plaintiffs have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for almost six years. Plaintiffs have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated, and they can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiffs are enduring significant psychological trauma.

b. The delay is causing irreparable harm to Plaintiffs, who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a

country where upon return it is reasonable to believe she and her family will be further persecuted, tortured, and/or killed.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiffs' application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff Reham Eldeary added her name to the Los Angeles asylum standby list on April 1, 2021 but got no update from Defendant Los Angeles Asylum Office. Only Defendant Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiffs have been forced to pursue the instant action.


**<u>PRAYER</u>**

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiffs respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

    b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on the asylum application of Plaintiff Reham S. Eldeary, her derivative spouse Hossameldin A. Elsisy, and her derivative children Yassin H. Elsisy and Jana H. Elsisy, by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiffs' Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.


Dated: May 5, 2023


                                      Respectfully Submitted,


                                      _____/s/Gihan Thomas_____
                                      Gihan L. Thomas
                                      Certified Specialist, Immigration and Nationality Law
                                      State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS REHAM S. ELDEARY ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBITS**                                                                          **PAGES**

**A**    I-589 Application for Asylum and Withholding of Removal and Receipt Notice .................................................................................................1

**B**    I-797 Notice of Action - Fingerprint Notifications of Plaintiffs with Stamps .................14

**C**    Request to be Added to the Los Angeles Asylum Standby List and Receipt Letter .......18

# Exhibit A

OMB No. 1615-0067; Expires 07/31/2022

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

**I-589, Application for Asylum and for Withholding of Removal**

**START HERE** - Type or print in black ink. **See the instructions for information about eligibility and how to complete and file this application.** There is no filing fee for this application.

NOTE:  ☒ Check this box if you also want to apply for withholding of removal under the Convention Against Torture.

## Part A.I.  Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) 216016496 | 2. U.S. Social Security Number (if any) 884 53 1845 | 3. USCIS Online Account Number (if any) None |
|---|---|---|

| 4. Complete Last Name ELDEARY | 5. First Name Reham | 6. Middle Name Samir Amin |
|---|---|---|

**7. What other names have you used** *(include maiden name and aliases)*
N/A                                      N/A

**8. Residence in the U.S.** *(where you physically reside)*

| Street Number and Name 8542 Cava Dr | | Apt. Number N/A |
|---|---|---|
| City Rancho Cucamonga | State CA | Zip Code 91730 | Telephone Number 9094187056 |

**9. Mailing Address in the U.S.** *(if different than the address in Item Number 8)*

| In Care Of (if applicable): Same as above | Telephone Number N/A |
|---|---|
| Street Number and Name N/A | Apt. Number N/A |
| City N/A | State | Zip Code N/A |

| 10. Gender: ☐ Male  ☒ Female | 11. Marital Status: ☐ Single  ☒ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 12. Date of Birth (mm/dd/yyyy) 03/15/1975 | 13. City and Country of Birth Alexandria          Egypt |
|---|---|

| 14. Present Nationality (Citizenship) Egyptian | 15. Nationality at Birth Egyptian | 16. Race, Ethnic, or Tribal Group Caucasian | 17. Religion Sunni Muslim |
|---|---|---|---|

**18. Check the box, a through c, that applies:**  a. ☒ I have never been in Immigration Court proceedings.

b. ☐ I am now in Immigration Court proceedings.     c. ☐ I am not now in Immigration Court proceedings, but I have been in the past.

**19. Complete 19 a through c.**

a. When did you last leave your country? (mm/dd/yyyy) 04/06/2017     b. What is your current I-94 Number, if any? 48683423385

c. List each entry into the U.S. beginning with your most recent entry. *List date (mm/dd/yyyy), place, and your status for each entry.*
*(Attach additional sheets as needed.)*

| Date 07/12/2017 | Place Abu Dhabi, UAE | Status B2 | Date Status Expires 01/11/2018 |
|---|---|---|---|
| Date 12/21/2015 | Place Los Angeles, CA | Status B2 | |
| Date N/A | Place N/A | Status N/A | |

| 20. What country issued your last passport or travel document? Egypt | 21. Passport Number A10233441 | 22. Expiration Date (mm/dd/yyyy) 08/05/2020 |
|---|---|---|
| | Travel Document Number N/A | |

| 23. What is your native language (include dialect, if applicable)? Arabic | 24. Are you fluent in English? ☐ Yes  ☒ No | 25. What other languages do you speak fluently? None |
|---|---|---|

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID No.: _____ | Decision: _____ Approval Date: _____ Denial Date: _____ Referral Date: _____ |
|---|---|---|---|

**-1-**

## Part A.II. Information About Your Spouse and Children

**Your spouse**    ☐ I am not married. *(Skip to Your Children below.)*

| | | | |
|---|---|---|---|
| **1.** Alien Registration Number (A-Number) *(if any)*<br>None | **2.** Passport/ID Card Number *(if any)*<br>A27157181 | **3.** Date of Birth *(mm/dd/yyyy)*<br>10/30/1970 | **4.** U.S. Social Security Number *(if any)*<br>None |
| **5.** Complete Last Name<br>ELSISY | **6.** First Name<br>Hossameldin | **7.** Middle Name<br>Abdelaziz Ahmed | **8.** Other names used *(include maiden name and aliases)*<br>N/A |

| | | |
|---|---|---|
| **9.** Date of Marriage *(mm/dd/yyyy)*<br>12/27/2001 | **10.** Place of Marriage<br>Egypt | **11.** City and Country of Birth<br>Alexandria        Egypt |

| | | |
|---|---|---|
| **12.** Nationality *(Citizenship)*<br>Egyptian | **13.** Race, Ethnic, or Tribal Group<br>Caucasian | **14.** Gender<br>☒ Male    ☐ Female |

**15.** Is this person in the U.S.?
☒ Yes *(Complete Blocks 16 to 24.)*    ☐ No *(Specify location):*    N/A

| | | | |
|---|---|---|---|
| **16.** Place of last entry into the U.S.<br>Los Angeles, CA | **17.** Date of last entry into the U.S. *(mm/dd/yyyy)*<br>10/05/2021 | **18.** I-94 Number *(if any)*<br>673333064A2 | **19.** Status when last admitted *(Visa type, if any)*<br>B2 |
| **20.** What is your spouse's current status?<br>Visitor | **21.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>04/04/2022 | **22.** Is your spouse in Immigration Court proceedings?<br>☐ Yes    ☒ No | **23.** If previously in the U.S., date of previous arrival *(mm/dd/yyyy)*<br>01/27/2021 |

**24.** If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., Information about your background.)*
☒ I have children.    Total number of children:  2

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| | | | |
|---|---|---|---|
| **1.** Alien Registration Number (A-Number) *(if any)*<br>A210016497 | **2.** Passport/ID Card Number *(if any)*<br>A06879833 | **3.** Marital Status *(Married, Single, Divorced, Widowed)*<br>Single | **4.** U.S. Social Security Number *(if any)*<br>825 92 2556 |
| **5.** Complete Last Name<br>ELSISY | **6.** First Name<br>Yassin | **7.** Middle Name<br>Hossameldin A. A. | **8.** Date of Birth *(mm/dd/yyyy)*<br>03/11/2003 |
| **9.** City and Country of Birth<br>Alexandria        Egypt | **10.** Nationality *(Citizenship)*<br>Egyptian | **11.** Race, Ethnic, or Tribal Group<br>Caucasian | **12.** Gender<br>☒ Male    ☐ Female |

**13.** Is this child in the U.S.?    ☒ Yes *(Complete Blocks 14 to 21.)*    ☐ No *(Specify location):*

| | | | |
|---|---|---|---|
| **14.** Place of last entry into the U.S.<br>Abu Dhabi, UAE | **15.** Date of last entry into the U.S. *(mm/dd/yyyy)*<br>07/12/2017 | **16.** I-94 Number *(if any)*<br>48685111985 | **17.** Status when last admitted *(Visa type, if any)*<br>B2 |
| **18.** What is your child's current status?<br>Pending As | **19.** What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)*<br>01/11/2018 | **20.** Is your child in Immigration Court proceedings?<br>☐ Yes    ☒ No | |

**21.** If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☒ Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

**- 2 -**

## Part A.II. Information About Your Spouse and Children  (Continued)

| 1. Alien Registration Number (A-Number) (if any)<br>A210016498 | 2. Passport/ID Card Number (if any)<br>A06879859 | 3. Marital Status (Married, Single, Divorced, Widowed)<br>Single | 4. U.S. Social Security Number (if any)<br>183 87 7142 |
|---|---|---|---|
| 5. Complete Last Name<br>ELSISY | 6. First Name<br>Jana | 7. Middle Name<br>Hossameldin A. A. | 8. Date of Birth (mm/dd/yyyy)<br>03/01/2007 |
| 9. City and Country of Birth<br>Alexandria     Egypt | 10. Nationality (Citizenship)<br>Egyptian | 11. Race, Ethnic, or Tribal Group<br>Caucasian | 12. Gender<br>☐ Male  ☒ Female |

13. Is this child in the U.S. ? ☒ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):  N/A

| 14. Place of last entry into the U.S.<br>Abu Dhabi, UAE | 15. Date of last entry into the U.S. (mm/dd/yyyy)<br>07/12/2017 | 16. I-94 Number (If any)<br>48685132085 | 17. Status when last admitted (Visa type, if any)<br>B2 |
|---|---|---|---|
| 18. What is your child's current status?<br>Pending As | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy)<br>01/18/2018 | 20. Is your child in Immigration Court proceedings?<br>☐ Yes  ☒ No | |

21. If in the U.S., is this child to be included in this application? (Check the appropriate box.)

☒ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☐ No

| 1. Alien Registration Number (A-Number) (if any)<br>N/A | 2. Passport/ID Card Number (if any)<br>N/A | 3. Marital Status (Married, Single, Divorced, Widowed)<br>N/A | 4. U.S. Social Security Number (if any)<br>N/A |
|---|---|---|---|
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Date of Birth (mm/dd/yyyy)<br>N/A |
| 9. City and Country of Birth<br>N/A      N/A | 10. Nationality (Citizenship)<br>N/A | 11. Race, Ethnic, or Tribal Group<br>N/A | 12. Gender<br>☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location):  N/A

| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. (mm/dd/yyyy)<br>N/A | 16. I-94 Number (If any)<br>N/A | 17. Status when last admitted (Visa type, if any)<br>N/A |
|---|---|---|---|
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy)<br>N/A | 20. Is your child in Immigration Court proceedings?<br>☐ Yes  ☒ No | |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☒ No

| 1. Alien Registration Number (A-Number) (if any)<br>N/A | 2. Passport/ID Card Number (if any)<br>N/A | 3. Marital Status (Married, Single, Divorced, Widowed)<br>N/A | 4. U.S. Social Security Number (if any)<br>N/A |
|---|---|---|---|
| 5. Complete Last Name<br>N/A | 6. First Name<br>N/A | 7. Middle Name<br>N/A | 8. Date of Birth (mm/dd/yyyy)<br>N/A |
| 9. City and Country of Birth<br>N/A      N/A | 10. Nationality (Citizenship)<br>N/A | 11. Race, Ethnic, or Tribal Group<br>N/A | 12. Gender<br>☐ Male  ☐ Female |

13. Is this child in the U.S. ? ☐ Yes (Complete Blocks 14 to 21.) ☐ No (Specify location): N/A

| 14. Place of last entry into the U.S.<br>N/A | 15. Date of last entry into the U.S. (mm/dd/yyyy)<br>N/A | 16. I-94 Number (If any)<br>N/A | 17. Status when last admitted (Visa type, if any)<br>N/A |
|---|---|---|---|
| 18. What is your child's current status?<br>N/A | 19. What is the expiration date of his/her authorized stay, if any? (mm/dd/yyyy)<br>N/A | 20. Is your child in Immigration Court proceedings?<br>☐ Yes  ☒ No | |

21. If in the U.S., is this child to be included in this application?  (Check the appropriate box.)

☐ Yes (Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)

☒ No

- 3 -

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| Bldg. 42 King Toutankhamon street | Smouha | Alexandria | Egypt | 03/2002 | 11/2008 |
| Bldg. 11 Behind Etisalat Building | Khaldiya | Abu Dhabi | UAE | 03/2008 | 07/2017 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 8542 Cava Dr | Rancho Cucamonga | CA | USA | 05/2021 | Present |
| 8255 Vineyard Ave., Apt. 200D | Rancho Cudamonga | CA | USA | 07/2017 | 05/2021 |
| Bldg. 11 Behind Etisalat Building | Khaldiya | Abu Dhabi | UAE | 03/2008 | 07/2017 |
| N/A | N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A | N/A |

3. Provide the following information about your education, beginning with the most recent school that you attended.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Alexandria Uni-School of Commerce | University | Alexandria, Egypt | 10/1992 | 08/1996 |
| Nabawiya Moussa High School | High School | Alexandria, Egypt | 10/1989 | 06/1992 |
| Elshatby School | Middle | Alexandria, Egypt | 10/1986 | 06/1989 |
| Elmoshir Ahmed Ismail School | Elementary | Alexandria, Egypt | 10/1981 | 06/1986 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | | Your Occupation | Dates From *(Mo/Yr)* | | To *(Mo/Yr)* | |
|---|---|---|---|---|---|---|
| Ontario Montclair School District | Ontario, CA, USA | Teacher Assistant | 03 | 2020 | Present | |
| Marshalls | Upland, CA, USA | Associate | 10 | 2019 | 0 | 2021 |
| Level Up USA LLC | Rancho Cucmonga, CA, USA | secretary | 06 | 2018 | 2 | 2019 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Afaf HEGAZY | Tanta, Egypt | ☐ Deceased Alexandria, Egypt |
| *Father* Samir Amin ELDEARY | Al Daqahlia, Egypt | ☒ Deceased N/A |
| *Sibling* Haytham ELDEARY | Alexandria, Egypt | ☐ Deceased California, USA |
| *Sibling* Reem ELDEARY | Alexandria, Egypt | ☐ Deceased Alexandria, Egypt |
| *Sibling* N/A | N/A | ☐ Deceased N/A |
| *Sibling* N/A | N/A | ☐ Deceased N/A |

Form I-589 (Rev. 08/25/20)  Page 4

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, **Part 1. Filing Instructions Section II. , Basis of Eligibility, Parts A. - D., Section V., Completing the Form, Part B.; and Section VII. Additional Evidence That You Should Submit** , for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

   I am seeking asylum or withholding of removal based on:

   ☐ Race                    ☐ Political opinion
   ☐ Religion                ☒ Membership in a particular social group
   ☐ Nationality             ☒ Torture Convention

**A.** Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

   ☐ No        ☒ Yes

   If "Yes," explain in detail:
   1. What happened;
   2. When the harm or mistreatment or threats occurred;
   3. Who caused the harm or mistreatment or threats; and
   4. Why you believe the harm or mistreatment or threats occurred.

   > please refer to declaration incorporated herein by reference.

**B.** Do you fear harm or mistreatment if you return to your home country?

   ☐ No        ☒ Yes

   If "Yes," explain in detail:
   1. What harm or mistreatment you fear;
   2. Who you believe would harm or mistreat you; and
   3. Why you believe you would or could be harmed or mistreated.

   > please refer to declaration incorporated herein by reference.

**- 5 -**

## Part B. Information About Your Application  (Continued)

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States (including for an immigration law violation)?

☒ No          ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

> N/A

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☒ No          ☐ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

> N/A

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☒ No          ☐ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions current y held, and the length of time you or your family members have been involved in each organization or group.

> N/A

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

> please refer to declaration incorporated herein by reference.

**- 6 -**

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No        ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response.

   If you were previously denied asylum by USCIS, an immigration judge, or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

   N/A

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☐ No        ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☒ No        ☐ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   2.A. I have been in Abu Dhabi, UAE, from 09/2008 to 07/2017 on husband's temporary working visa.

   2.B. N/A

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No        ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

   N/A

- 7 -

## Part C. Additional Information About Your Application   (Continued)

4. After you left the country where you were harmed or fear harm, did you return to that country?

☐ No        ☒ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

> please refer to declaration Incorporated herein by reference.

5. Are you filing this application more than 1 year after your last arrival in the United States?

☒ No        ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see **Instructions, Part I. Filing Instructions, Section V. Completing the Form, Part C.**

> N/A

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States (including for an immigration law violation)?

☒ No        ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release.

If you have been arrested in the United States, you must submit a certified copy of all arrest reports, court dispositions, sentencing documents, and any other relevant documents.

> N/A



I-589

Hossameldin Elsis

DOB: 10/20/1970

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States unlawfully are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | | | Write your name in your native alphabet. |
|---|---|---|---|
| Reham | Samir Amin | ELDEARY | ريهام السيد |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No  ☐ Yes *(If "Yes," list the name and relationship.)*

| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |
|---|---|---|---|
| | | | |

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part. A.I.)*

➡ [ *Reham Eldeary* ]        10/11/2021
Sign your name so it all appears within the brackets        Date of signature (mm/dd/yyyy)

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer<br>Gihan Thomas<br>Law Offices of Gihan Thomas |
|---|---|

| Daytime Telephone Number<br>3102032242 | Address of Preparer: Street Number and Name<br>930 Colorado Blvd. | | |
|---|---|---|---|

| Apt. Number<br>#2 | City<br>Los Angeles | State<br>CA | Zip Code<br>90041 |
|---|---|---|---|

| To be completed by an attorney or accredited representative (if any). | ☒ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable)<br>198612 | Attorney or Accredited Representative USCIS Online Account Number (if any)<br>N / A |
|---|---|---|---|

9

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____
Signature of Applicant

_____
Date *(mm/dd/yyyy)*

_____
Write Your Name in Your Native Alphabet

_____
Signature of Immigration Judge

**- 10 -**

Name: ELDEARY, Reham    A-Number:    Date: October 11, 2021
Addendum for Form I-589

Addendum to I-589
Page 4  Part A.III  Number 4

| Name and Address of Employment: | Occupation | Dates |
|---|---|---|
| Unemployed | | 07/2017 to 06/2018 |
| Elmroog Scientific School, Abu Dhabi, UAE | Teacher | 08/2014 to 06/2017 |

I want to supplement my previous statement about the consequences and the adverse effects that I have suffered and continue to suffer because of my female genital mutilation. First, during marriage, it is the biggest problem that I am facing. I have no appetite and no sexual urges. I get infected a lot and I have inflammation most of the time. That is why, I try to find excuses not to have any sexual desires. I tried to escape from the intimate moment, and thus, my husband feels that I do not love him. The lack of sexual relationship has caused me to have a terrible marital relationship with my husband.

Also, my mutilation has impacted on my fertility and ability to conceive. First, I remained three months unable to get pregnant after my marriage. My husband and I decided to check with a physician who recommended that I treat my infections first. I had to treat my infections and inflammations for three months. After treating my inflammations, I was able to be fertile and I get pregnant with my first child. It was also very sensitive to keep my first child, thus, I was unable to move to avoid any miscarriages.

I was terrified to open my legs during the delivery of my first child. I was terrified to go through the same pain of the mutilation and thus, I elected to have a C-section. The memory of forced opening my legs was the main decision why I did not want to have a normal delivery. After I delivered my first child, through C section, I tried to get pregnant again. However, I suffered from two miscarriages.

Each time, I lost my unborn baby, I was devastated and I cried uncontrollably. My OBGYN physician was trying to calm me down and tell me that this is normal to get miscarriages. He informed me that circumcised girls are common to have infections, inflammations and miscarriages.

As a result of my constant infections, it is very common and is part of my routine life, that I do vaginal washes, vaginal suppository and vaginal creams.

As a result of all these problems that I encounter as a female, I have loss of self-confidence, distrust, and violation of my privacy. I feel guilty towards my husband. I feel angry most of the time because I cannot enjoy life or sex like my other girlfriends. I was banded for no reason. I was ruined with my knowledge and consent.

I suffer and continue to suffer and I hate to know that my daughter could go through my fate. I have to fight to protect her. My family believes in the FGM as a tradition and a practice. These practices are carried through our family to ensure virginity and cleanliness. Sadly, it is not cleanliness, it is a torture procedure that takes away the spirit and life from the female.

Thank you.

*Reham Eldeary*

Reham Samir Amin Eldeary



NAME: REHAM ELDEARY                                    DATE    9/09/17
A-NUMBER: 214015498 RCPT#: ZLA170018024Q             FORM    I-589
                *** ACKNOWLEDGEMENT OF RECEIPT ***
    Your complete Form I-589 asylum application was received and is pending
as of 8/31/17. You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS. If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 2 copies of documentary evidence of your
relationship to those family members.

FOR ELDEARY
C/O LAW OFFICE OF RONY A DEUTSCH
16255 VENTURA BLVD STE 730

ENCINO, CA  91436

# Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| **ASC Appointment Notice** | | APPLICATION/PETITION/REQUEST NUMBER<br>ZLA1700168340 | | NOTICE DATE<br>09/08/2017 |
|---|---|---|---|---|
| CASE TYPE<br>I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | | USCIS A#<br>A216 016 496 | CODE<br>3 |

REHAM SAMIR AMIM ELDEARY
8255 VINEYARD AVE 200D
RANCHO CUCAMONGA CA 91730



To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER<br>USCIS POMONA<br>435 W Mission Blvd Suite 110<br>Pomona CA 91766 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY.<br>DATE AND TIME OF APPOINTMENT<br>09/28/2017<br>08:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE, and**
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

NOTE: If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

WARNING: Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

CHANGE OF ADDRESS: You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment. Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
I589 - ZLA1700168340



BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:                    SEP 2 8 2017
TENPRINTS QA REVIEW BY:                    SEP 2 8 2017

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

WARNING: *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

**- 14 -**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA1700168350 | | NOTICE DATE 09/08/2017 |
|---|---|---|---|
| CASE TYPE 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A216 016 497 | CODE 3 |



YASSIN HOUSSAMELDIN A ELSISY
8255 VINEYARD AVE 200D
RANCHO CUCAMONGA CA 91730

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. |
|---|---|
| USCIS POMONA 435 W Mission Blvd Suite 110 Pomona CA 91766 | DATE AND TIME OF APPOINTMENT 09/28/2017 08:00AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE,** and
2. **PHOTO IDENTIFICATION** (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and, if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

**REQUEST FOR RESCHEDULING**

☐ **Please reschedule my appointment.** Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.

APPLICATION NUMBER
1589 - ZLA1700168350

BIOMETRICS QA REVIEW BY:
9m689    ON    SEP 2 8 2017
TENPRINTS QA REVIEW BY:
9m689    ON    SEP 2 8 2017

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

- 15 -

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA1700168360 | | NOTICE DATE 09/08/2017 |
|---|---|---|---|
| CASE TYPE I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A216 016 498 | CODE 2 |



JANA HOSSAMELDIN A A ELSISY
8255 VINEYARD AVE 200D
RANCHO CUCAMONGA CA 91730

To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics.
**PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER (ASC) AT THE DATE AND TIME SPECIFIED.**

| APPLICATION SUPPORT CENTER USCIS POMONA 435 W Mission Blvd Suite 110 Pomona CA 91766 | PLEASE READ THIS ENTIRE NOTICE CAREFULLY. DATE AND TIME OF APPOINTMENT 09/28/2017 08:00AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR BIOMETRICS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Customers may not use cameras and recording capable devices (including cell phones) at an ASC. Cell phones should be silenced while in the waiting area and any conversations should be kept to a low level so as not to disrupt others. Customers must completely turn off all phones during biometrics processing.

**NOTE:** USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R. Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R. Section 16.34. Your fingerprints and photograph may also be used in an Employment Authorization Document (EAD) if you apply for, and are eligible to receive, an EAD.

**NOTE:** If USCIS ASC is closed due to inclement weather or for other unforeseeable circumstances, USCIS will automatically reschedule your appointment for the next available appointment date and mail you a notice with the new date and time.

**WARNING:** Failure to appear at this biometrics appointment, without good cause, may affect your eligibility for employment authorization. It may also result in dismissal of your asylum application or referral of your asylum application to an immigration judge if you are not currently in removal proceedings. If you are an applicant or eligible dependent in removal proceedings, failure to provide DHS with biometrics as required, except for good cause, may result in a delay in deciding your application or in your application being deemed abandoned and dismissed by the immigration judge.

**CHANGE OF ADDRESS:** You must notify USCIS of any change of address within 10 days. Please see the USCIS website at www.uscis.gov/addresschange for instructions to change your address online or to mail a completed Form AR-11, *Alien's Change of Address Card*, to USCIS. This form is also available at any U.S. Post Office or any USCIS office. If you are in removal proceedings, you must also notify the Immigration Court within five working days of any change of address or telephone number by filing a completed Form EOIR-33, *Alien's Change of Address Form/Immigration Court*, in accordance with accompanying instructions, available at www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

**WARNING:** You must update your mailing address with USCIS, and if applicable, EOIR. Failure to do so may result in dismissal of your asylum application, referral of your asylum application to an Immigration Judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

**REQUEST FOR RESCHEDULING**

☐ Please reschedule my appointment. Make a copy of this notice for your records, then mail the original with your request to the Biometrics Processing Unit (BPU), Alexandria ASC, Suite 100, 8850 Richmond Hwy, Alexandria, VA 22309-1586. Once USCIS receives your request, you will be sent a new ASC appointment notice.



APPLICATION NUMBER
I589 - ZLA1700168360

BIOMETRICS QA REVIEW BY

ASC SITE CODE:
BIOMETRICS QA REVIEW BY
91?e89 ON         SEP 2 8 2017
TENPRINTS QA REVIEW BY
912e89 ON

If you have any questions regarding this notice, please call 1-800-375-5283.
If you have any questions about your application, please contact the Asylum Office or Immigration Court with jurisdiction over your case.

**WARNING:** *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

- **16 -**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| ASC Appointment Notice | APPLICATION/PETITION/REQUEST NUMBER ZLA2248733630 | | | NOTICE DATE 11/25/2021 |
|---|---|---|---|---|
| CASE TYPE 1589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL | ACCOUNT NUMBER | USCIS A# A216 308 960 | CODE 3 | |



HOSSAMELDIN ELSISY
8542 CAVA DR
RANCHO CUCAMONGA  CA  91730

PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, the U. S. Citizenship & Immigration Services (USCIS) must capture your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

WARNING: Unless USCIS excuses you based on good cause, failure to appear at this biometrics appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may: (1) dismiss your asylum application, if you are in lawful immigration status or paroled; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or paroled. If you fail to appear at this appointment as scheduled, and you are currently in removal proceedings, an immigration judge may deem your asylum application abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| USCIS POMONA 435 W Mission Blvd Suite 110 Pomona CA  91766 | 12/20/2021 10:00AM |

WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE, and
2. PHOTO IDENTIFICATION (e.g. passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID). If you do not have photo identification, please expect a delay.

Only persons necessary to assist with transportation or completion of the biometrics worksheet should accompany you. If you have open wounds, bandages, or casts when you appear, USCIS may reschedule your ASC appointment if we determine your injuries may interfere with your biometrics submission. Please do not visit any USCIS office if you are sick or feel symptoms of being sick. Follow the instructions on this notice to reschedule your ASC appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

NOTE: If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your ASC appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your ASC appointment. If USCIS reschedules your ASC appointment, you will receive a new ASC appointment notice.

You must update your address within 10 days if you move. For instructions, visit https://www.uscis.gov/addresschange. If you are in removal proceedings, you must also notify the Executive Office for Immigration Review (EOIR or Immigration Court) within five working days of any change of address or telephone number by filing a completed Form EOIR-33, Alien's Change of Address/Phone Number Form/Immigration Court. For instructions, visit https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing.

WARNING: Failure to update your mailing address with USCIS, and, if applicable, EOIR may result in dismissal of your asylum application, referral of your asylum application to an immigration judge, or if you are already in removal proceedings, an entry of a removal order in your absence if you fail to appear at a hearing before an immigration judge.

### REQUESTS TO RESCHEDULE/SPECIAL HANDLING

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your ASC appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). Your request to reschedule should: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling. If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.



APPLICATION NUMBER  1589- ZLA2248733630

BIOMETRICS PROCESSING STAMP
ASC SITE CODE
PRINTS/PHOTO QA REVIEW BY:  DEC 2 0 2021  ON
REPRINTS QA REVIEW BY:  DEC 2 0 2021  ON

For questions about this notice call 1-800-375-5283. For questions about your application, contact the Asylum Office or Immigration Court with jurisdiction over your case.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.                    Form I-797C  04/01/19

# Exhibit C

## REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST

| Applicant's Name | Reham Samir Amin Eldeary |
|---|---|
| Applicant's A number | 216 016 496 |
| Applicant's Phone Number(s) | (909)244-2081 |
| Applicant's Email | raradairy@yahoo.com |

| Representative's Name | Gihan L. Thomas |
|---|---|
| Representative's Phone Number(s) | 310 203 2242 |
| Representative's Email | g.thomas@gihanthomaslaw.com |

**I would like to be added to the standby list. I have completed the following action:**

◼ Attached a copy of my I-589, including a declaration if applicable. (In lieu of submitting a declaration, I thoroughly completed I-589 Part B. Information About Your Application).

**I understand that:**

◼ I am not on the standby list until I have received notification from the Los Angeles Asylum Office that I have been added to the list. Adding me to the standby list is at the discretion of the Los Angeles Asylum Office.

◼ The Los Angeles Asylum Office will provide as much notice as possible, but I may be called as late as 5 pm the day before an interview.

◼ If I am not able to accept an interview date/time, it will count as an "attempt" to schedule an interview. If I am given multiple interview dates/times at the same time and I do not accept any of them, each date/time will count as an attempt. After three attempts without accepting an interview, I will be removed from the standby list.

◼ If I fail to appear for an accepted interview, I will be removed from the standby list.

◼ I will keep my contact information up to date. If the Los Angeles Asylum Office is unable to reach me or my attorney after several efforts, I may be removed from the standby list.

◼ If I will be submitting additional supporting documentation, it must be submitted in duplicate (one set of original documents and one copy) at least one week prior to the date of the interview and all documents will be are clearly labeled "Supporting Documents" and include applicant's name, alien registration number, and interview date and time, if applicable. Documents will be accepted by mail, fax (714-635-9136) 25 or fewer pages, or email (LosAngelesAsylum@uscis.dhs.gov) five pages or fewer.

◼ If I cannot accept an interview because I would like to submit supporting documentation, it will count as an attempt.

U.S. Department of Homeland Security
P.O. Box 2003
Tustin CA 92781-2003



**U.S. Citizenship
and Immigration
Services**

04/01/2021

ELDEARY, REHAM
8255 VINEYARD AVE APT 200D
RANCHO CUCAMONGA, CA 91730

Re:  A-216016496

Dear ELDEARY, REHAM:

This letter serves as your notification that the Los Angeles Asylum Office received your request to add your name to the Standby List for an Affirmative Asylum Interview. Your request has been approved and your name has been added to the Standby List.

As a reminder, you must comply with all requirements outlined on the "REQUEST TO BE ADDED TO THE LOS ANGELES ASYLUM STANDBY LIST" form to remain eligible for the Standby List.

Failure to comply with these requirements, will result in your removal from the Standby List. Removal from the Standby List does not impact your eligibility for asylum, and you would be scheduled for an interview based on USCIS standard prioritization of scheduling cases.

Sincerely,

David M. Radel
Director, Los Angeles Asylum Office

CC     LAW OFFICES OF GIHAN THOMAS
        ATTN: GIHAN THOMAS
        930 COLORADO BLVD UNIT 2
        LOS ANGELES, CA 90041

- 19 -