LAW OFFICES OF GIHAN THOMAS
A Professional Corporation
Gihan L. Thomas (SBN 198612)
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization
930 Colorado Blvd, Unit #2
Los Angeles, CA 90041
Telephone (310) 203-2242
Facsimile  (310) 203-2287

Attorney For Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reham S. ELDEARY<br>Hossameldin A. ELSISY<br>Yassin H. ELSISY<br>Jana H. ELSISY<br><br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY;<br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES;<br>LOS ANGELES ASYLUM OFFICE;<br>DAVID RADEL;<br>ALEJANDRO MAYORKAS;<br>UR M. JADDOU;<br>TED H. KIM;<br>MATTHEW D. EMRICH;<br>CHRISTOPHER A. WRAY;<br>AND DOES 1-10.<br><br>Defendants. | Case No.: 5:23-cv-802<br><br><br>NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO FRCP 41(A)(1)(A)(I) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I)**

Pursuant to FRCP 41(A)(1)(A)(I) of the Federal Rules of Civil Procedure, the plaintiffs, Reham S. Eldeary, Hossameldin A. Elsisy, Yassin H. Elsisy, Jana H. Elsisy, and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against all named defendants.

Dated: March 26, 2024

Respectfully submitted,
LAW OFFICES OF GIHAN THOMAS
A Professional Corporation

_____/s/ Gihan L. Thomas_____

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization